UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUN 29 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

DAVID SMITH,
   Plaintiff,

Case No.
1 18-cv-2002 SEB-TAB

COMPLAINT

V.

GEO GROUP;
CORRECTIONAL OFFICER BYERS, Sued in their individual and in his (or her) Official Capacity. At all times mentioned in this Complaint each defendant acted under the color of state law;
   Defendants.

VERIFIED COMPLAINT FOR DAMAGES AND
   INJUNCTIVE RELIEF

JURY TRIAL DEMANDED

## I. Introduction

1. This is a §§ 1983 action Complaint Filed by plaintiff, David Smith, a State prisoner, alleging violation of his Constitutional rights when prison officials had failed to protect him from a inmate assault. Plaintiff is Seeking injunctive relief and money damages.

## II. Jurisdiction

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 in that this is a Civil action arising under the Constitution of the United States.

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1343 (a)(3) in that this action seeks to redress the deprivation under Color of State law of the right secured by acts of Congress providing for equal rights of person within the Jurisdiction of the United States.

3. The United States District Court For The Southern District of Indiana Indianapolis Division is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occured.

4. Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202.

5. Plaintiff Claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and also Rule 65 of the Federal Rules of Civil Procedure.

6. The Court has Supplemental Jurisdiction over plaintiff State law Claims Under 28 U.S.C. Section 1367.

## III. Parties

1. Plaintiff, David Smith, is and was at all times mentioned herein a prisoner of the State of Indiana in the custody of the Indiana Department of Corrections. He is currently confined in New Castle Correctional Facility, 1000 Van Nuys Road, New Castle, IN 47362.

2. Defendant, GEO GROUP is a private corporation that provides policies and procedures through the Indiana Department of Corrections that are enforced for inmates that are confined in New Castle Correctional Facility and their Contractors.
 + New Castle Correctional Facility, 1000 Van Nuys Road, New Castle, IN 47362.

3. Defendant, Correctional Officer Byers at all relevant times was a Correctional Officer at New Castle Correctional Facility employed by GEO GROUP.
 + New Castle Correctional Facility, 1000 Van Nuys Road, New Castle, IN 47362.

4. Each defendant is sued individually and in his (or her) official capacity. At all times mentioned in this Complaint each defendant acted under the color of state law.

## IV. Exhaustion of Available Remedies

5. Plaintiff exhausted his administrative remedies before filing this Complaint.

6. The plaintiff was frustrated and impeded with his grievances when he had asked the grievance specialist to help him file his grievances because he is diagnosed as a mentally ill prisoner.

7. The plaintiff was frustrated and impeded with his grievances when he had to draft out a grievance by scratch because his Case Manager was not available on his range to give him the proper forms so that he can grieve.

8. The plaintiff had did everything in his mental capacity to exhaust his available Remedies.

## V. Factual Statement

9. On April 23, 2018 at New Castle Correctional Facility, Mental Health Unit. Defendant Correctional Officer Byers had placed a mentally ill deranged offender in the plaintiff cell MH-505 wrongfully, the plaintiff was at outside recreation and he was not present in his own cell at this time.

10. New Castle Correctional Facility, Mental Health Unit, Punitive Segregation cells are single manned cells.

11. Correctional Officer Byers had escorted the plaintiff to his cell MH-505 after his cell door was open he was being assaulted by the mentally ill deranged offender.

12. The plaintiff was struck over a number times to the face, the surrounding of his head and body by the offender.

13. The plaintiff had multiple injuries abrasions, swelling, redness and bruising alarming discoloration around his left eye and pain all over his face and body.

14. Correctional Officer Byers had failed to act to stop the mentally ill deranged offender from assaulting the plaintiff. Correctional Officer Byers was not equip with pepper spray.

15. The plaintiff personal safety and the welfare of his life was on the line he had to defend himself until other custody officials arrived to help him.

16. Defendant, GEO GROUP is liable for defendant Correctional Officer Byers when she had failed to use basic knowledge of the prison policies and procedures to be equip with pepper spray and to know how to preform in her duty to stop inmate fights and inmate placements in a mental health segregated unit that are wrongfully assigned.

17. Upon information and belief there are cameras in plaintiff's cell MH-505 and 500 range mental health unit that recorded electronical data of this incident.

## Claims For Relief

### A. Deliberate Indifferent to Inmate Assault

18. Defendant, Correctional Officer Byers had failed to protect the plaintiff from a inmate assault when she wrongfully placed a mentally ill deranged offender in plaintiff cell and then escorted the plaintiff to the same cell when he was assaulted by the mentally ill deranged offender. Correctional Officer Byers was not even equip with pepper spray this chemical agent is available to stop inmate assaults this constitutes deliberate indifference to inmate assault and the plaintiff personal safety in violation of the Eighth Amendment to the United States Constitution.

19. Defendant, GEO GROUP is liable for defendant, Correctional Officer Byers when she had failed to use basic knowledge of the prison policies and procedures to be equip with pepper spray and to know how to preform in her duty to stop inmate fights and inmate wrongful placements in a mental health segregated unit this constitutes deliberate indifference to inmate assault and the plaintiff personal safety in violation of the Eighth Amendment to the United States Constitution.

## B. Negligence Under State Law

20. Defendant, Correctional Officer Byers had failed to protect the plaintiff from a inmate assault when she wrongfully placed a mentally ill deranged offender in plaintiff cell and then escorted the plaintiff to the same cell when he was assaulted by the mentally ill deranged offender. Correctional Officer Byers was not even equip with pepper spray this chemical agent is available to stop inmate assaults this violated the plaintiff's rights under the Eighth Amendment to the United States Constitution and constituted negligence under state law.

21. Defendant, GEO GROUP is liable for defendant, Correctional Officer Byers when she had failed to use basic knowledge of the prison policies and procedures to be equip with pepper spray and to know how to preform in her duty to stop inmate fights and inmate wrongful placements in a mental health segregated unit this violated the plaintiff's rights under the Eighth Amendment to the United States Constitution and constituted negligence under state law.

## Relief Requested

WHEREFORE, Plaintiff requests that this Court grant the following relief:

A. Declare that defendants, GEO GROUP and Correctional Officer Byers violated plaintiff's Eighth Amendment rights by being deliberately indifferent to inmate assault and the plaintiff's personal safety;

B. Declare that defendants, GEO GROUP and Correctional Officer Byers violated plaintiff's Eighth Amendment rights by negligence to a inmate assault and the plaintiff's personal safety;

C. Issue an injunction requiring that defendant GEO GROUP fix inadequate policies and procedures in prison to protect inmate from unwanton assaults and inmate personal safety;

D. Award Compensatory damages in amount of $300,000 for plaintiff's physical and emotional injuries joint and severally;

E. Award Punitive damages against each defendant in the amount of $150,000;

F. Provide cost for plaintiff for all Jury proceedings and court cost; and

G. Grant plaintiff such other relief as it may appear plaintiff is entitled to.

Signature: David Smith 150466
Date: 6/19/18
Address: New Castle Correctional Facility
1000 Van Nuys Road
New Castle, IN 47362

## Verification

Affidavit or Declaration of Verification. The affiant swears or declares that the facts stated in a document (e.g., complaint) are true to his knowledge, and that the facts stated on information and belief are true to the best of his knowledge and belief.

Pursuant to 28 U.S.C. 1746 I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct.

Signature: David Smith 150466
Date: 6/19/18

Pg 1/1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DAVID SMITH,    Case No.
    Plaintiff,

               MOTION

V.

GEO GROUP, et.al.,
    Defendants

EXHIBIT'S TO SUPPORT COMPLAINT

1. Please see Exhibit #1 plaintiff is showing his grievances. 3 pages

Date: 6/19/18
Respectfully Submitted, David Smith 150466
Signature: David Smith 150466
Address: New Castle Correctional Facility
         1000 Van Nuys Road
         New Castle, IN 47362

Pg 1/1

# OFFENDER GRIEVANCE
State Form 45471 (R4 / 4-17)
DEPARTMENT OF CORRECTION

Exhibit #1

**FOR OFFICIAL USE ONLY**
Grievance number

| To: Facility Grievance Specialist | Facility: NCP | Date: 4/23/18 |
|---|---|---|
| From (name of offender): David Smith | DOC number: 150466 | Signature of offender: David [signature] |
| Housing assignment: MH-505 | | Date of incident: 4/23/18 |

**Provide a brief, clear statement of your complaint or concern.** Include any information that may assist staff in responding to your grievance. (NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

On Monday, April 23rd, 2018 Between 11:15am and 11:50am I was being escorted from the 5/7 outside rec pad by Ofc. Byers, As I got to my cell, there was inmate came out and immediately attacked me by striking me multiple times. I have injurys to my lip, left ear, nose, left eye, and the left side of my forehead. Custody staff then backed away from the assult and failed to protect me and my will being, so I had to protect my self to save my life. Custody staff failed to follow safety and security by putting another inmate in my cell causing me damage to my body. Custody staff also failted to defuse the situation before it esclated. pluseae check the cermes around 11:15am and 11:50am And you will see that I'm not lye. pluese and think you from you t/me David Smith

**State the relief that you are seeking.**

All relief dust in proper no of my safety and security taking serious

Pg 1/3

| Signature of Facility Grievance Specialist | Date (month, day, year) |
|---|---|

8731

Pg 2/3



**RETURN OF GRIEVANCE**
State Form 45475 (R2 / 4-17)
INDIANA DEPARTMENT OF CORRECTION

| To (name of offender) | DOC number | Facility | Date (month, day, year) |
|---|---|---|---|
| Smith, D. | 150466 | NCF NCN NCP NCA | 4/23/18 |

| Work assignment | | Housing assignment | |
|---|---|---|---|
| | | MH-505 309 | |

| Date grievance received (month, day, year) | Date grievance returned (month, day, year) |
|---|---|
| 4/27/18 | 5/1/18 |

_____ You have submitted the form too early. The situation you describe does not exist yet, or you have not allowed enough time for an informal resolution. If you cannot show good cause for submitting it now, you must wait until the correct time has come.

_____ You have submitted the form too late and have not shown any good reason for the delay. Grievance forms must be submitted within the time limits set out in Policy and Administrative Procedure 00-02-301.

_____ There is no indication that you tried to informally resolve your complaint. If you have tried to resolve it informally, please fill out the grievance form to indicate that. If you have not tried to resolve it informally, you have five (5) days to begin that process.

_____ Your complaint concerns a Classification or Disciplinary Hearing issue or action. These types of issues or actions are to be appealed through their own appeal process and not through the grievance process.

_____ A sex offender may not grieve the denial of visits with minors. (See Policy and Administrative Procedure 02-01-102.)

_____ There is no indication that you were personally affected by the policy, procedure, or action that you describe.

_____ This complaint seems to be submitted on behalf of another person or a group. This type of grievance is not permitted.

_____ The grievance form is not completely filled out. Complete the form and submit it again within five (5) business days.

_____ Your complaint or concern contains multiple issues or events. You may separate the issues and submit a separate form for each one that you wish to grieve.

_____ Your statement of complaint or concern is not legible, understandable, or presented in a courteous manner, or it contains excessive legal jargon.

_____ Your complaint or concern is about something that cannot be resolved by the Department of Correction. It deals with something that is beyond the authority of the Department.

_____ The issue in this complaint or concern was addressed previously in Grievance # _____

_____ You are identified as a grievance abuser. This grievance exceeds the number of active grievances you are allowed to have in the system. To proceed with this grievance, you must withdraw at least one (1) active grievance.

_____ There is not enough information in this form to warrant an investigation. Please provide this additional information:
_____

_____ Your complaint or concern is a matter not appropriate to the grievance process.

X Other: Your relief is not appropriate. You must be more specific as to your relief. The grievance process cannot determine what is just.

| Signature of Facility Grievance Specialist | Printed name of Facility Grievance Specialist |
|---|---|
| [signature] Smith | JENNIFER SMITH |

If you choose to correct the problem(s) listed above, you must do so and re-submit this form within five (5) business days. 8731

Pg 2/3

# Grievence Statement

On Monday, April 23rd, 2018 between 11:15 Am and 11:50 Am I was escorted from the 5/7 outside rec pad by ofc. Byers. As I got to my cell, there was inmate came out and immediately attacked me by striking me multiple times. I have injurys to my lip, left ear, nose, left eye and the left side of my forehead. Custody staff then backed away from the assult and failed to protect me and my well being, so I had to protect myself to save my own life. Custody staff failed to follow safety and security by putting another inmate in my cell causing me damage to my body. Custody staff also failed to defuse the siteation before it esclated. and ofc. Byers did not have no oc spriy to protect my safety.

pg 3/3